

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00317-CR

JAMES AUDIE SEXTON, Appellant

V.

THE STATE OF TEXAS

§  On Appeal from Criminal District Court No. 4

§  of Tarrant County (1837516R)

§  August 14, 2025

§  Memorandum Opinion by Justice Kerr

§  (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
        Justice Elizabeth Kerr